**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER FRAUSTO,<br><br>        Petitioner,<br><br>   v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | NO. CV 12-614-SVW(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 5, 2013.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE